**B6D (Official Form 6D) (12/07)**

In re __Raymond C. Staley_____,     Case No. _____
           **Debtor**     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx2905<br>ABN AMRO Mortgage Group<br>2600 W. Big Beaver Road<br>Troy, MI 48084 | | | Incurred: 10/2002<br>Lien: First Mortgage<br>Security: 2424 Ardsley Avenue, Glenside, PA 19038<br>Closed<br><br>VALUE $ 161,000.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. xxxx4827<br>ABN AMRO Mortgage Group<br>2600 W. Big Beaver Road<br>Troy, MI 48084 | | | Incurred: 5/2005<br>Lien: First Mortgage<br>Security: 2424 Ardsley Avenue, Glenside, PA 19038<br>Closed<br><br>VALUE $ 161,000.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 11/2009<br>Lien: Second Mortgage<br>Security: 2424 Ardsley Avenue, Glenside, PA 19038<br><br>VALUE $ 161,000.00 | | | | 63,409.00 | 63,409.00<br>This amount based upon existence of Superior Liens |

__1__ continuation sheets attached

    Subtotal ▶ $ 63,409.00     $ 63,409.00
(Total of this page)
    Total ▶ $     $
(Use only on last page)
(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re ___Raymond C. Staley_____,     Case No. _____
                          **Debtor**                                                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx0055<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | | | Incurred: 5/2009<br>Lien: First Mortgage<br>Security: 2424 Ardsley Avenue, Glenside, PA 19038<br><br>VALUE $ 161,000.00 | | | | 176,297.00 | 15,297.00 |
| ACCOUNT NO. xxxx5535<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | | | Incurred: 1/1998<br>Lien: First Mortgage<br>Security: 2424 Ardsley Avenue, Glenside, PA 19038<br>Closed<br><br>VALUE $ 161,000.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. xxxx6311<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | | | Incurred: 3/2006<br>Lien: First Mortgage<br>Security: 2424 Ardsley Avenue, Glenside, PA 19038<br>Closed<br><br>VALUE $ 161,000.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ $ 176,297.00    $ 15,297.00
(Total(s) of this page)

Total(s) $ 239,706.00    $ 78,706.00
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  Raymond C. Staley  ,                   Case No. _____
          Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6E (Official Form 6E) (04/10) - Cont.**

In re __Raymond C. Staley_____,    Case No._____
                              Debtor                                                        (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                     __1__ **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

**In re** Raymond C. Staley _____,    **Case No.** _____
         **Debtor**    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(1)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx7511<br>Montgomery County DRS<br>1 Montgomery Plaza<br>Norristown, PA 19404 | | | Incurred: 4/2011<br>Account is current | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ▶ $ 0.00 | $ 0.00 | $ 0.00

Total ▶ $ 0.00
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ▶ $ | $ 0.00 | $ 0.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 32851-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re  Raymond C. Staley                              ,           Case No. _____
             Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 6/2009<br>Consideration: Installment | | | | 3,619.00 |
| ACCOUNT NO.  xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 5/2003<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO.  xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 9/2008<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO.  xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 7/2003<br>Consideration: Installment | | | | 0.00 |

__5__ continuation sheets attached                                     Subtotal ▶    $    3,619.00

                                                                                            Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Raymond C. Staley                                    ,    Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 8/2006<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 12/2006<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 6/2007<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 7/2007<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 8/2007<br>Consideration: Installment | | | | 0.00 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond C. Staley                          ,        Case No. _____
                     **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 12/2007<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 2/2008<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 12/2008<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 3/2008<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 4/2008<br>Consideration: Installment | | | | 0.00 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond C. Staley                          ,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 7/2008<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 1/1997<br>Consideration: Credit card debt | | | | 0.00 |
| ACCOUNT NO. xxxx3150<br>American Heritage FCU<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | | | Incurred: 1/2009<br>Consideration: Installment | | | | 0.00 |
| ACCOUNT NO. xxxx5710<br>Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | | | Incurred: 5/1998<br>Consideration: Revolving charge account | | | | 0.00 |
| ACCOUNT NO. xxxx1157<br>Capital One<br>P.O. Box 31281<br>Salt Lake, UT 84130 | | | Incurred: 2/2012<br>Consideration: Credit card debt | | | | 482.00 |

Sheet no. __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 482.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Raymond C. Staley_____,       Case No. _____
                            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx8765<br>Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | Incurred: 12/2009<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. xxxx0206<br>CitiFinancial Retail Svcs<br>P.O. Box 22066<br>Tempe, AZ 85285 | | | Incurred: 11/2003<br>Consideration: Revolving charge account | | | | 0.00 |
| ACCOUNT NO. xxxx5569<br>GECRB/Sam's Club<br>P.O. Box 965005<br>Orlando, FL 32896 | | | Incurred: 4/2003<br>Consideration: Revolving charge account | | | | Unknown |
| ACCOUNT NO. xxxx0159<br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | | Incurred: 12/1999<br>Consideration: Credit card debt | | | | 0.00 |
| ACCOUNT NO. xxxx9497<br>Sears/CBSD<br>P.O. Box 6189<br>Sioux Falls, SD 57117 | | | Incurred: 12/1998<br>Consideration: Credit card debt | | | | 0.00 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Raymond C. Staley_____,   Case No. _____
                      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx4055<br>Target National Bank<br>P.O. Box 673<br>Minneapolis, MN 55440 | | | Incurred: 1/2007<br>Consideration: Credit card debt | | | | 0.00 |
| ACCOUNT NO. xxx338<br>Yorktowne Dental Group<br>8118 Old York Road<br>Elkins Park, PA 19027 | | | Incurred: 6/30/2012<br>Consideration: Medical Services | | | | 708.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $    708.00

Total ▶    $    4,809.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)